# United States District Court

EASTERN DISTRICT OF WISCONSIN

JUDGMENT IN A CIVIL CASE

**WILLIAM C. ECKHARDT,**

           Plaintiff,

    V.                                   CASE NUMBER: **03-C-1465**

**NSI ELECTRICAL CONTRACTORS, INC.,**

           Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the defendant's motion for summary judgment is GRANTED.**

**Plaintiff's claims of age discrimination pursuant to Title VII of the Civil Rights Act of 1964 are dismissed as a matter of law because it does not provide a cause of action for such discrimination.**

**Plaintiff's claims pursuant to the Wisconsin Fair Employment Act are dismissed as a matter of law because it does not provide a private cause of action.**

**Plaintiff's claims for discrimination and retaliation pursuant to the Age Discrimination in Employment Act of 1974 are dismissed because there are no genuine issues of material facts. Plaintiff failed to present sufficient facts upon which a jury could find that the defendant discriminated against the plaintiff based upon age.**

**This action is hereby DISMISSED.**

|   |   |
|---|---|
|    June 10, 2005 | SOFRON B. NEDILSKY |
| Date | Clerk |
|   | s/ Linda M. Zik |
|   | (By) Deputy Clerk |